NUMBER 13-03-463-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

FRANK AND CYNTHIA ALDRIDGE,                                    Appellants,

v.

LETHA AND ROBERT BLAIN,                                             Appellees.
__________________________________________________________________

On appeal from the 24th District Court
of De Witt County, Texas.
__________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellants, FRANK AND CYNTHIA ALDRIDGE, perfected an appeal from a
judgment entered by the 24th District Court of De Witt County, Texas, in cause
number 98-12-17,896. No clerk’s record has been filed due to appellants’ failure to
pay or make arrangements to pay the clerk’s fee for preparing the clerk’s record. 
         If the trial court clerk fails to file the clerk’s record because the appellant failed
to pay or make arrangements to pay the clerk’s fee for preparing the clerk’s record, the
appellate court may dismiss the appeal for want of prosecution unless the appellant
was entitled to proceed without payment of costs. Tex. R. App. P. 37.3(b).
         On October 21, 2003, notice was given to all parties that this appeal was
subject to dismissal pursuant to Tex. R. App. P. 37.3(b). Appellants were given ten
days to explain why the cause should not be dismissed. To date, no response has
been received from appellants. Appellees have filed a motion to dismiss the appeal. 
         The Court, having examined and fully considered the documents on file,
appellants’ failure to pay or make arrangements to pay the clerk’s fee for preparing the
clerk’s record, this Court’s notice, appellants’ failure to respond, and appellees’
motion to dismiss, is of the opinion that the appeal should be dismissed for want of
prosecution. Appellees’ motion to dismiss the appeal is GRANTED, and the appeal is
hereby DISMISSED FOR WANT OF PROSECUTION.
                                                                                 PER CURIAM

Opinion delivered and filed
this 22nd day of January, 2004.